**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Veterans Fellowship Ministries, Inc.,** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **19-10857** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**May 21, 2019**__

X **/s/ Earnestine Brown**
Signature of individual signing on behalf of debtor

**Earnestine Brown**
Printed name

**CEO**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Veterans Fellowship Ministries, Inc.,** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | **19-10857** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Philadelphia Law Department Tax & Revenue Unit Bankruptcy Group MSB 1401 John F. Kennedy Blvd. Philadelphia, PA 19102-1595 | | Real estate taxes on appeal | Disputed | | | $64,705.95 |
| New Horizon RE LLC 2223 Pine Street Wilmington, DE 19810 | | Ministries 'rented property to house Delaware veterans | | | | $0.00 |
| PECO Energy 2301 Market Street Philadelphia, PA 19103 | | Electricity | | | | $0.00 |
| Philadelphia Gas Works 800 W. Montgomery Avenue Philadelphia, PA 19122 | | Gas for heating and cooking | | | | $1,907.40 |
| United States Liability Department 1190 Devon Park Drive Philadelphia, PA 19122 | | Unpaid Insurance for fire, liability and general coverage for property at 3036-3040 N. 22nd Street, Philadelphia, PA 19132 | | | | $0.00 |
| Verizon PO Box 15124 Albany, NY 12212-5124 | | Phone service | | | | $495.94 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

| Debtor | **Veterans Fellowship Ministries, Inc.,** | Case number *(if known)* | **19-10857** |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Water Revenue Bureau City of Philadelphia P.O. Box 41496 Philadelphia, PA 19101-1496** | | **Water and sewage imvoice** | **Disputed** | | | **$83,796.75** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Veterans Fellowship Ministries, Inc.,**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **19-10857**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **337,200.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    **337,200.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **148,502.70**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **2,403.34**

4.  Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b
    $    **150,906.04**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Veterans Fellowship Ministries, Inc.,**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)     **19-10857**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Veterans Fellowship Ministries, Inc.,**                                Case number *(If known)*  **19-10857**
_____
Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Church Property located at 3036-3040 N. 22nd Street, Philadelphia, PA 19132** | **Fee Simple** | **$316,200.00** | **Tax records** | **$316,200.00** |
| 55.2.   **Piano, kitchen applicances, long conference room table and chairs, 4 sofas, entertainment center with flat screen television, dining room set with four chairs on main floor, folding chairs for sanctuary, old jukebox, and furnishings for  26 double occcupancy units including chairs, desks, lamps, bed frames, chest of drawers, end tables (all furnishing is used and was donated by Temple University)** | **Fee simple** | **$20,000.00** | **Replacement** | **$20,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Veterans Fellowship Ministries, Inc.,** | Case number *(If known)* **19-10857** |
|--------|-------------------------------------------|----------------------------------------|
|        | Name                                      |                                        |

| 55.3. | **3 Computers and 3 printers, 5 file cabinets** | **Unemcumbered** | | $1,000.00 | Comparable sale | | $1,000.00 |
|-------|--------------------------------------------------|------------------|--|-----------|-----------------|--|-----------|

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  | $337,200.00 |
|--|-------------|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Veterans Fellowship Ministries, Inc.,**                              Case number *(If known)*  **19-10857**
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $337,200.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $337,200.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $337,200.00 |

**Fill in this information to identify the case:**

Debtor name  **Veterans Fellowship Ministries, Inc.,**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **19-10857**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | | |
|---|---|---|
| _____ Creditor's Name | Describe debtor's property that is subject to a lien | **$0.00** |
| | | **$0.00** |
| _____ Creditor's mailing address | **Describe the lien** _____ | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| _____ Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$0.00** |
|---|---|---|

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name     **Veterans Fellowship Ministries, Inc.,**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)     **19-10857**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**City of Philadelphia Law Department**<br>**Tax & Revenue Unit**<br>**Bankruptcy Group MSB**<br>**1401 John F. Kennedy Blvd.**<br>**Philadelphia, PA 19102-1595** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $64,705.95 | $64,705.95 |
| Date or dates debt was incurred<br>**2017-2019** | Basis for the claim:<br>**Real estate taxes on appeal** | | |
| Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Water Revenue Bureau**<br>**City of Philadelphia**<br>**P.O. Box 41496**<br>**Philadelphia, PA 19101-1496** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $83,796.75 | $83,796.75 |
| Date or dates debt was incurred | Basis for the claim:<br>**Water and sewage imvoice** | | |
| Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                            **Amount of claim**

| Debtor | **Veterans Fellowship Ministries, Inc.,** | Case number (*if known*) | **19-10857** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CultivatingWholeness& Restoration Church**
**1001 South Bradford Street, Suite #10**
**Dover, DE 19904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Ongoing**

Last 4 digits of account number **_**

**Basis for the claim:** **Shared church and office space - debtor is current with creditor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**New Horizon RE LLC**
**500 North Lombard Street**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Ongoing**

Last 4 digits of account number **_**

**Basis for the claim:** **Ministries' rented property to house Delaware veterans - no outstanding debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**New Horizon RE LLC**
**2223 Pine Street**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

**Basis for the claim:** **Ministries 'rented property to house Delaware veterans**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**New Horizon RE LLC**
**26 West 20th Street**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Ongoing**

Last 4 digits of account number **_**

**Basis for the claim:** **Ministries' rented housing for Delaware veterans- debtor is current with landlord**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**PECO Energy**
**2301 Market Street**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **7120**

**Basis for the claim:** **Electricity**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,907.40 |
|---|---|---|---|

**Philadelphia Gas Works**
**800 W. Montgomery Avenue**
**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number **0927**

**Basis for the claim:** **Gas for heating and cooking**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**United States Liability Department**
**1190 Devon Park Drive**
**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **3080**

**Basis for the claim:** **Unpaid Insurance for fire, liability and general coverage for property at 3036-3040 N. 22nd Street, Philadelphia, PA 19132**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Veterans Fellowship Ministries, Inc.,** | Case number (*if known*) | **19-10857** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.94 |
|---|---|---|---|

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Phone service**

Last 4 digits of account number  **446Y**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | | 148,502.70 |
| **5b. Total claims from Part 2** | 5b. | + $ | | 2,403.34 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | | 150,906.04 |

**Fill in this information to identify the case:**

Debtor name  **Veterans Fellowship Ministries, Inc.,**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **19-10857**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest — **Month to month rental as needed to house veterans** | |
|      State the term remaining — **Ongoing month to month rentals** | **New Horizon RE LLC** |
|      List the contract number of any government contract | **500 North Lombard Street** **Wilmington, DE 19801** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest — **Month to month rental as needed to house veterans** | |
|      State the term remaining — **Ongoing monthly rental** | **New Horizon RE LLC** |
|      List the contract number of any government contract | **2223 Pine Street** **Wilmington, DE 19810** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest — **Month to month rental as needed to house veterans** | |
|      State the term remaining — **Ongoing month to month rental** | **New Horizon RE LLC** |
|      List the contract number of any government contract | **26 West 20th Street** **Wilmington, DE 19801** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Veterans Fellowship Ministries, Inc.,**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-10857**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name **Veterans Fellowship Ministries, Inc.,**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) **19-10857**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br><br>■ Other  **Rent , donation and tithes** | $11,375.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Veterans Fellowship Ministries, Inc.,** | | Case number *(if known)* **19-10857** |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| **Part 3:** | **Legal Actions or Assignments** |
| --- | --- |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **City of Philadelphia Tax Review Board v. Veterans Fellowship Ministries, Inc. 776365000** | **Appeal of Tax Foreclosure Sale Proceeding** | **Tax Review Board 100 S. Broad Street Land Title Building, Suite 400 Philadelphia, PA 19110-1099** | ☐ Pending ■ On appeal ☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
| --- | --- |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| **Part 5:** | **Certain Losses** |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor **Veterans Fellowship Ministries, Inc.,**                    Case number *(if known)* **19-10857**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Veterans Fellowship Ministries, Inc.,**                        Case number *(if known)* **19-10857**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Veterans Fellowship Ministries, Inc.,**                                    Case number *(if known)*  **19-10857**

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Danren Jones 3036-3040 N. 22nd Street Philadelphia, PA 19132** | **2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 5

Debtor    **Veterans Fellowship Ministries, Inc.,**    Case number *(if known)*  **19-10857**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Earnestine Brown**<br>**32 Middle Wallop Road**<br>**Bear, DE 19701** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **City of Philadelphia-Tax Review Board**<br>**100 South Broad Street _ Room**<br>**Philadelphia, PA 19110** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Earnestine O. Brown** | **32 Middle Wallop Road**<br>**Bear, DE 19701** | **Chief Executive Officer of Non-profit** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kim Warfield** | **14 Caldwell Court**<br>**Dover, DE 19901** | **Chairman of Board of Directors** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Troy Walker** | **14 Caldwell Court**<br>**Dover, DE 19901** | **Secretary of Board** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nolan Lewis** | **2700 Washington Street**<br>**Wilmington, DE 19802** | **Vice President of Board** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Danren Jones** | **3837 N. 17th Street**<br>**Philadelphia, PA 19140** | **Treasurer of Board** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Reuben T. Jones** | **3050 N. 22nd Street**<br>**Philadelphia, PA 19132** | **Chaplain** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Veterans Fellowship Ministries, Inc.,**                              Case number *(if known)*  **19-10857**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Melvin Dill Jr. | 3316 Society Drive Blvd. Claymont, DE 19703 | Former Board Member and Chaplain | 0% |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Lethonia Hall | 1305 Govenor's Avenue, Suite 2 Dover, DE 19904 | Former Secretary of Board | 0% |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David McIntosh | 1305 Govenor's Avenue, Suite #4 Dover, DE 19904 | Former Vice President of Board | 0% |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   **Veterans Fellowship Ministries, Inc.,**                                      Case number *(if known)*   **19-10857**

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 21, 2019**

**/s/ Earnestine Brown**                                          **Earnestine Brown**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
### District of Delaware

In re **Veterans Fellowship Ministries, Inc.,**

Debtor(s)

Case No. **19-10857**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 21, 2019**

Signature **/s/ Earnestine Brown**

**Earnestine Brown**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Earnestine Brown** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE | | |
| Case number | **19-10857** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**City of Philadelphia Law Department**
**Tax & Revenue Unit**
**Bankruptcy Group MSB**
**1401 John F. Kennedy Blvd.**
**Philadelphia, PA 19102-1595**

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Real estate taxes on appeal**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

$ **$64,705.95**
_____

**2**

**New Horizon RE LLC**
**2223 Pine Street**
**Wilmington, DE 19810**

_____

_____

**What is the nature of the claim?**    **Ministries 'rented property to house Delaware veterans**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No

$ **$0.00**
_____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Veterans Fellowship Ministries, Inc.,**    Case number *(if known)* **19-10857**

Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____

Contact phone |  | Value of security: | - $ _____
 |  | Unsecured claim | $ _____

---

| **3** | **PECO Energy** | What is the nature of the claim? | **Electricity** | $ **$0.00** |

2301 Market Street
Philadelphia, PA 19103

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No

Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____

Contact phone |  | Value of security: | - $ _____
 |  | Unsecured claim | $ _____

---

| **4** |  | What is the nature of the claim? | **Gas for heating and cooking** | $ **$1,907.40** |

**Philadelphia Gas Works**
**800 W. Montgomery Avenue**
**Philadelphia, PA 19122**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No

Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____

Contact phone |  | Value of security: | - $ _____
 |  | Unsecured claim | $ _____

---

| **5** |  | What is the nature of the claim? | **Unpaid Insurance for fire, liability and general coverage for property at 3036-3040 N. 22nd Street, Philadelphia, PA 19132** | $ **$0.00** |

**United States Liability**
**Department**
**1190 Devon Park Drive**
**Philadelphia, PA 19122**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No

Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____

Contact phone |  | Value of security: | - $ _____
 |  | Unsecured claim | $ _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **Veterans Fellowship Ministries, Inc.,**                     Case number *(if known)*  **19-10857**

| 6 | | | | |
|---|---|---|---|---|

**Verizon**
PO Box 15124
Albany, NY 12212-5124

**What is the nature of the claim?**        **Phone service**        $ **$495.94**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____

Value of security:        - $ _____
Unsecured claim        $ _____

Contact

Contact phone

| 7 | | | | |
|---|---|---|---|---|

**Water Revenue Bureau**
**City of Philadelphia**
**P.O. Box 41496**
**Philadelphia, PA 19101-1496**

**What is the nature of the claim?**        **Water and sewage imvoice**        $ **$83,796.75**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____

Value of security:        - $ _____
Unsecured claim        $ _____

Contact

Contact phone

---

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Earnestine Brown**                               X _____
    **Earnestine Brown**                                        Signature of Debtor 2
    Signature of Debtor 1

Date  **May 21, 2019**                                  Date _____

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re  **Veterans Fellowship Ministries, Inc.,**

Debtor(s)

Case No.  **19-10857**

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 21, 2019**

**/s/ Earnestine Brown**

**Earnestine Brown**/CEO
Signer/Title

VETERANS FELLOWSHIP MINISTRIES, INC
32 MIDDLE WALLOP ROAD
BEAR, DE 19701

.

UNITED STATES LIABILITY DEPARTMENT
1190 DEVON PARK DRIVE
PHILADELPHIA, PA 19122

JEFFREY M. CARBINO
CARBINO LAW
1000 N. WEST STREET
SUITE 1200
WILMINGTON, DE 19801

USLI (UNITED STATES LIABILITY INSURANCE)
1190 DEVON PARK DRIVE
WAYNE, PA 19087

CITY OF PHILADELPHIA LAW DEPARTMENT
TAX & REVENUE UNIT
BANKRUPTCY GROUP MSB
1401 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA 19102-1595

VERIZON
PO BOX 15124
ALBANY, NY 12212-5124

CULTIVATINGWHOLENESS& RESTORATION CHURCH
1001 SOUTH BRADFORD STREET, SUITE #10
DOVER, DE 19904

WATER REVENUE BUREAU
CITY OF PHILADELPHIA
P.O. BOX 41496
PHILADELPHIA, PA 19101-1496

NEW HORIZON RE LLC
500 NORTH LOMBARD STREET
WILMINGTON, DE 19801

NEW HORIZON RE LLC
2223 PINE STREET
WILMINGTON, DE 19810

NEW HORIZON RE LLC
26 WEST 20TH STREET
WILMINGTON, DE 19801

PECO ENERGY
2301 MARKET STREET
PHILADELPHIA, PA 19103

PHILADELPHIA GAS WORKS
800 W. MONTGOMERY AVENUE
PHILADELPHIA, PA 19122

THE CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JFK BOULEVARD, 5TH FLOOR
ATTENTION: MEGAN HARPER
PHILADELPHIA, PA 19102-1595