# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>VETERANS FELLOWSHIP<br>MINISTRIES, INC.<br><br>                 Debtor. | Chapter 11<br><br>Case No. 19-10857 (BLS) |

## CERTIFICATE OF COUNSEL

The undersigned hereby certifies that attached agreed form of Order has been reviewed and approved by the Attorney for the City of Philadelphia .

Dated: February 21, 2020          MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

/s/ *Jeffrey M. Carbino*
Jeffrey M. Carbino (DE Bar No. 4062)
1105 North Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 504-7822

Counsel to the Debtor