**CERTIFICATE OF SERVICE**

   I hereby certify that on April 14, 2020, I caused a true and correct copy of the foregoing Objection to Debtor's Motion for Entry of Order Continuing the Scheduled Plan Confirmation Hearing Pursuant to Sections 105 and 1121(e)(3) of the Bankruptcy Code to be served via CM/ECF upon those parties registered to receive such electronic notifications and on the following via electronic mail:

Jeffrey M. Carbino, Esq.
Montgomery McCracken Walker & Rhoads LLP
1105 North Market Street, Suite 1500
Wilmington, Delaware 19801
jcarbino@mmwr.com

Jane M. Leamy, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 35
Wilmington, Delaware 19801
jane.m.leamy@usdoj.gov

Dated: April 14, 2020      By: */s/ Megan N. Harper*
                 Megan N. Harper (DE #4103)