# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VETERANS FELLOWSHIP MINISTRIES, INC.,[1] | Case No. 19-10857 (BLS) |
| Debtor. | |

**AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON APRIL 21, 2020 AT 1:00 P.M. (ET)**

# AT THE COURT'S DIRECTION, THIS HEARING IS CANCELLED

**CONTESTED MATTERS GOING FORWARD**

1.  Debtor's Disclosure Statement for Debtor's Plan of Reorganization (related document(s)73) (Docket No. 75; filed February 20, 2020).

    Related Pleading(s):

    a.  Motion to Approve Continuing the Scheduled Plan Confirmation Hearing Pursuant to Sections 105 and 1121(e)(3) of the Bankruptcy Code. Objection deadline 4/14/2020 at 4 :00 p.m. (Docket No. 80; filed April 7, 2020).

    b.  Objection to Debtor's Motion for Entry of Order Continuing the Scheduled Plan Confirmation Hearing Pursuant to Sections 105 and 1121(e)(3) of the Bankruptcy Code (related document(s)80) (Docket No. 81; filed April 14, 2020).

    Status:    The Judge has determined that this matter is not time-sensitive and therefore the confirmation hearing will be adjourned to **May 20, 2020 at 11:00 am (ET)**.  There will not be a hearing in this case on April 21, 2020.

---

[1] The last four digits of the Debtor's federal tax identification number are 4648.

5229261v1

                        Respectfully submitted,

Dated: April 21, 2020        **MONTGOMERY MCCRACKEN WALKER &**
       Wilmington, Delaware        **RHOADS, LLP**

                        /s/ *Jeffrey M. Carbino*
                      Jeffrey M. Carbino (DE Bar No. 4062)
                      1105 North Market Street
                      Wilmington, DE 19801
                      Telephone: (302) 504-7800
                      Email: jcarbino@mmwr.com

                      *Counsel for the Debtor and the*
                      *Debtors-in-Possession*