IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **VETERANS FELLOWSHIP** | : | **Case No. 19-10857 (BLS)** |
| **MINISTRIES, INC.,** | : | |
| | : | |
| Debtor. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Angela L. Mastrangelo, Esquire to represent Vincent Norton ("Norton") in this action.

Dated: April 23, 2020        **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By: */s/ Leslie B. Spoltore*
Leslie B. Spoltore (No. 3605)
123 S. Justison Street, Suite 100
Wilmington, DE 19801-5364
Telephone:  (302) 238-6947
Email:  leslie.spoltore@obermayer.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission pro hac vice is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, the State of New York, United States District Court of New Jersey, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Northern District of New York, and United States District Court for the Eastern District of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund, revised August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date:  April 22, 2019            **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By: *Angela L. Mastrangelo*
Angela L. Mastrangelo, Esq.
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Telephone: (215) 665-3067
Email: angela.mastrangelo@obermayer.com