IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VETERANS FELLOWSHIP MINISTRIES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-10857 (BLS) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned case:

**June 18, 2020 at 10:00 a.m. (EST)**

**Dated: May 15th, 2020**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The last four digits of the Debtor's federal tax identification number are 4648.

5244125v1