IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VETERANS FELLOWSHIP MINISTRIES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-10857 (BLS)<br><br>Hearing Date: June 18, 2020 at 10:00 a.m. (*prevailing* Eastern Time)<br><br>Objection Deadline: June 11, 2020 at 4:00 p.m. (*prevailing* Eastern Time) |

### NOTICE OF THE DEBTOR'S OMNIBUS OBJECTION TO (1) NO LIABILTY INSUFFICIENT DOCUMENTATION CLAIM, (II) TAX EXEMPT CLAIM, (III) OVERSTATED TAX CLAIM AND (IV) LATE-FILED CLAIM

PLEASE TAKE NOTICE that, on May 15, 2020, Veterans Fellowship Ministries, Inc., (the "Debtor"), by and through its undersigned counsel, filed *The Debtor's Omnibus Objection to Certain (I) No Liabilty Insufficient Documentation Claim, (II) Tax Exempt Claim (III) Overstated and Improperly Documented Real Estate Tax Claim and (IV) Late-Filed Claim* (the "Objection").

THE OBJECTION SEEKS TO ALTER YOUR RIGHTS. THEREFORE, YOU SHOULD READ THE OBJECTION AND THE EXHIBITS THERETO CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE. **THE EXHIBITS ATTACHED TO THE PROPOSED ORDER LIST ALL CLAIMS THAT ARE THE SUBJECT OF THE OBJECTION.**

PLEASE TAKE FURTHER NOTICE that any responses to the Objection must be (i) in writing (ii) filed with the Clerk of the United States Bankruptcy Court for the District of

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification number, is Veterans Fellowship Ministries, Inc. (4648). The mailing address for the Debtor is 32 Middle Wallop Road, Bear, Delaware 19701.

5244021v1

Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before June 11, 2020 at 4:00 p.m. (Eastern Time)** (the "Response Deadline") and (iii) served so as to be actually received no later than the Response Deadline by the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that if a response is timely filed, served, and received and such response is not otherwise timely resolved, a hearing to consider the response and the Objection will be held before The Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 1, 824 Market Street, Wilmington, Delaware 19801 **on June 18, 2020 at 10 a.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES TO THE OBJECTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: May 17, 2020  
      Wilmington, Delaware

**MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP**

/s/ *Jeffrey M. Carbino*
Jeffrey M. Carbino (DE Bar No. 4062)
1105 North Market Street
Wilmington, DE 19801
Telephone: (302) 504-7800
Telephone (215) 234-3333
Email: jcarbino@mmwr.com

*Counsel for the Debtor and the Debtors-in-Possession*