## CERTIFICATE OF SERVICE

I, Jeffrey M. Carbino, hereby certify that on May 17, 2020, I caused the Debtor's Response to the City of Philadelphia's Objection to the Debtor's Motion for an Order Continuing the Scheduled Plan Confirmation Hearing Pursuant to Sections 105 And 1121(e)(3) of the Bankruptcy Code to be served electronically on the Office of the United States Trustee and all parties requesting service pursuant to Bankruptcy Rule 2002.

*/s/ Jeffrey M. Carbino*
Jeffrey M. Carbino